# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ALBERT DOMINGO GONZALEZ,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

No. C12-5106 BHS/KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. This matter comes before the Court on Petitioner's filing of an application to proceed *in forma pauperis* (IFP) and a petition for writ of habeas corpus under 28 U.S.C. § 2254. On February 10, 2012, the Clerk advised Petitioner that his filing was deficient because he had not submitted the proper IFP form or Written Consent for Payment of Costs. The Clerk provided Petitioner with the appropriate IFP and consent forms and advised Petitioner that if he did not respond by March 12, 2012, this action would be subject to dismissal. ECF No. 3. Petitioner has not responded.

Accordingly, it is **ORDERED:**

(1) Petitioner must pay the filing fee of $5.00 or submit a completed application for leave to proceed *in forma pauperis,* including a signed Written Consent for Payment of Costs **on or before April 20, 2012**. Failure to do so shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

ORDER TO SHOW CAUSE - 1

(2) The Clerk is directed to send a copy of this Order to Petitioner

**DATED** 29th day of March, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2