UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERT DOMINGO GONZALEZ,

             Petitioner,

v.

DONALD HOLBROOK,

             Respondent.

CASE NO. C12-5106BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 6). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3) Petitioner is instructed to **pay the filing fee within 30 days** of the date of this order to proceed with his petition.

Dated this 30th day of May, 2012.

                                                                    BENJAMIN H. SETTLE
                                                                    United States District Judge

ORDER